UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Moshe Erdberg and Li Ning<br><br>                    Plaintiffs,<br><br>       v.<br><br>Navarrete et al.,<br><br>                    Defendants. | CASE NO.  C22-0601-RSL-DWC<br><br>ORDER OF DISMISSAL |

On September 15, 2022, USCIS granted plaintiff Erdberg legal permanent residency. As there is no longer an issue in controversy, the Plaintiffs move to dismiss their Complaint For Writ of Mandamus.

ORDER OF DISMISSAL - 1

Rich Immigration PC
1207 N 200 St Suite 214B
Shoreline WA 98133
206-853-4073

DATED this 29th day of September 2022.

Respectfully submitted,

*s/ Katherine H. Rich*
Katherine H. Rich, WSBA# 46881
Rich Immigration PC
1207 N 200th Street, Suite 214B
Shoreline, WA 98133
Phone: (206) 853-4073
Email: katherine@richimmigration.com

*Attorney for Plaintiffs*

## **ORDER**

IT IS HEREBY ORDERED that the Plaintiffs' Motion for Dismissal is GRANTED. The case is dismissed with prejudice with each party to bear their own costs.

Dated this 11th day of October, 2022.

Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 2

Rich Immigration PC
1207 N 200 St Suite 214B
Shoreline WA 98133
206-853-4073